FRANKLIN SIMON & COMPANY, Appellant, *v.* PEASE & ELLIMAN, INC., Respondent.

(Submitted October 16, 1933; decided October 24, 1933.)

*Sol ·S. Ostertag* for motion.

*Frank C. Loughlin* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground this court has no jurisdiction to grant it. (Civ. Prac. Act, §§ 588 and 589.)

CHARLES W. ANDERSON, Appellant, *v.* INTERNATIONAL MERCANTILE MARINE COMPANY, Respondent.

(Submitted October 16, 1933; decided October 24, 1933.)

*Raymond Parmer* for motion.

*O. H. Droege* opposed.

Motion denied.